FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER ALEXANDER COTO, | Case No. CV 10-02120 JVS (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| M. MARTEL, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") *de novo*. Petitioner never filed Objections to the R&R in the time and manner directed by the court.

IT IS ORDERED that:

1.      The R&R is approved and adopted.

2.      Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.      All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: October 7, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE