JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILMER ALEXANDER COTO,<br>    Petitioner,<br>v.<br>M. MARTEL, Warden,<br>    Respondent. | Case No. CV 10-02120 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 7, 2010

_/s/ James V. Selna_
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY